

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Central__ District of __California__
(State)

Case number (If known): _____ Chapter __11__

FILED
SEP 26 2016
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  Yu Hua Long Investments, LLC

2. **All other names debtor used in the last 8 years**  None
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  4 7 - 4 6 7 3 1 9 9

4. **Debtor's address**

   **Principal place of business**
   100 S. Garfield
   Number    Street

   Monterey Park    CA    91754
   City             State   ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**
   2785 S Bear Claw Way
   Number    Street

   P.O. Box

   Meridian    ID    83642
   City        State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City        State   ZIP Code

5. **Debtor's website (URL)**  None

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor _____    Case number (if known)_____
         Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

       ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
           District _____ When _____ Case number _____
                                      MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
            District _____ When _____
                                                     MM / DD / YYYY
            Case number, if known _____

| Debtor | Yu Hua Long Investments, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other  Graffiti removal per Monterey Park Code - will be resolved

Where is the property?  100 S Garfield
                        Number   Street

Monterey Park     CA     91754
City              State  ZIP Code

Is the property insured?

☐ No
☒ Yes. Insurance agency  Carter Insurance

Contact name  Maureen Carter

Phone  (626) 914-6768

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☒ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

Debtor __Yu Hua Long Investments, LLC__  Case number (if known) _____
     Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09 / 23 / 2016
     MM / DD / YYYY

X _[signature]_     Keung Geoffrey Tsang
Signature of authorized representative of debtor     Printed name

Title __Managing Member__

**18. Signature of attorney**

X _[signature]_     Date 09 / 21 / 2016
Signature of attorney for debtor     MM / DD / YYYY

Paul Harrigan
Printed name

Harrigan Law Firm
Firm name

2785 S Bear Claw Way
Number  Street

Meridian     ID     83642
City     State     ZIP Code

208-891-2482     pmharrigan@harriganlawfirm.com
Contact phone     Email address

76691     California
Bar number     State

Debtor _____     Case number (if known)_____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## ■ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▫ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ▫ I have been authorized to file this petition on behalf of the debtor.
- ▫ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
              MM  / DD  / YYYY

**X** _____    _____
Signature of authorized representative of debtor         Printed name

Title _____

**18. Signature of attorney**

**X** _____    Date  _____
Signature of attorney for debtor                                MM  / DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____    _____
City                                        State        ZIP Code

_____    _____
Contact phone                               Email address

_____    _____
Bar number                                  State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

Debtor name __Yu Hua Long Investments, LLC__

United States Bankruptcy Court for the: __Central__ District of __California__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Nelson Huang<br>911 E Washington Blvd.<br>Pasadena, CA 91104 | Bub-joo S. Lee<br>213-785-1321<br>bjslee@leeanavchung.com | Litigation Complaint | Contingent, Unliquidated, Disputed | | | @ $2,680,000 |
| 2 | The Staunton Group<br>902 N Monterey St<br>Alhambra, CA 91801 | Bub-joo S. Lee<br>213-785-1321<br>bjslee@leeanavchung.com | Litigation Complaint | Contingent, Unliquidated, Disputed | | | @ $1,200,000 |
| 3 | Richton, Ltd.<br>804 Shui Hing Centre 13<br>Sheung Yuet Rd<br>Kowloon Bay, Hong Hong | Bub-joo S. Lee<br>213-785-1321<br>bjslee@leeanavchung.com | Litigation Complaint | Contingent, Unliquidated, Disputed | | | @ $3,000,000 |
| 4 | Gary Wang and Eva Y. Wang<br>215 N Marengo Ave Ste 352<br>Pasadena, CA 91101 | Bub-joo S. Lee<br>213-785-1321<br>bjslee@leeanavchung.com | Litigation Complaint | Contingent, Unliquidated, Disputed | | | @ $1,500,000 |
| 5 | Mountainfield Properties, LLC<br>1970 Fletcher Ave<br>South Pasadena, Ca 91030 | Bub-joo S. Lee<br>213-785-1321<br>bjslee@leeanavchung.com | Litigation Complaint | Contingent, Unliquidated, Disputed | | | @ $12,000,000 |
| 6 | Tina Kwan<br>c/o Steve Gentry<br>Berger Kahn<br>2 Park Plaza, Suite 650<br>Irvine, CA 92614 | Steve Gentry<br>949-474-1880<br>sgentry@bergerkahn.com | Promissory Note and related tort claims | Unliquidated, Disputed | | | @ $400,000 |
| 7 | Daniel Chan<br>c/o Steve Gentry<br>Berger Kahn<br>2 Park Plaza, Suite 650<br>Irvine, CA 92614 | Steve Gentry<br>949-474-1880<br>sgentry@bergerkahn.com | Promissory Note and related tort claims | Unliquidated, Disputed | | | @ $400,000 |
| 8 | Kitty Yip<br>c/o Susan Vaage<br>Graham Vaage<br>500 North Brand Blvd, Ste 1030<br>Glendale, CA 92103 | Susan Vaage<br>818-547-4800<br>svaage@grahamvaagelaw.com | Promissory Note | Unliquidated, Disputed | | | @ $200,000 |

| Debtor | Yu Hua Long Investments, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Paul Harrigan (California SBN 76691)<br>2785 S Bear Claw Way<br>Meridian, Idaho 83642<br>Tel: 208-891-2482<br>Fax: 208-955-2578<br>Email: pmharrigan@harriganlawfirm.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -**

| In re:<br><br>- Yu Hua Long Investments, LLC<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**<br><br>*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]* |
|---|---|

By Fax

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  na - no securities registered

2. The following financial data is the latest available information and refers to the debtor's condition on _____.
   a. Total assets                                         $_____
   b. Total debts (including debts listed in 2.c., below)  $_____
   c. Debt securities held by more than 500 holders

   | | | | | Approximate number of holders: |
   |---|---|---|---|---|
   | secured | unsecured | subordinated | $ | |
   | secured | unsecured | subordinated | $ | |
   | secured | unsecured | subordinated | $ | |
   | secured | unsecured | subordinated | $ | |
   | secured | unsecured | subordinated | $ | |

   d. Number of shares of preferred stock _____
   e. Number of shares of common stock _____
   Comments, if any:

3. Brief description of the Debtor's business:

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

Nelson Huang
911 E Washington Blvd
Pasadena, CA  91104


The Staunton Group
902 N Monterey St
Alhambra, CA  91801


Richton Ltd
804 Shui Hing Centre 13
Sheung Yuet Rd
Kowloon Bay, Hong Hong


Gary Wang and Eva Y Wang
215 N Marengo St
Ste 352
Pasadena, CA  91101


Mountainfield Properties LLC
1970 Fletcher Ave
South Pasadena, CA  91030


Tina Kwan
co Steve Gentry
2 Park Plaza   Ste 650
Irvine, CA  92614


Daniel Chan
co Steve Gentry
2 Park Plaza   Ste 650
Irvine, CA  92614

By Fax

Kitty Yip
co Susan Vaage
500 North Brand Blvd  Ste 1030
Glendale, CA  92103

Nelson Huang
911 E Washington Blvd
Pasadena, CA  91104


The Staunton Group
902 N Monterey St
Alhambra, CA  91801


Richton Ltd
804 Shui Hing Centre 13
Sheung Yuet Rd
Kowloon Bay, Hong Hong


Gary Wang and Eva Y Wang
215 N Marengo St
Ste 352
Pasadena, CA  91101


Mountainfield Properties LLC
1970 Fletcher Ave
South Pasadena, CA  91030


Tina Kwan
co Steve Gentry
2 Park Plaza   Ste 650
Irvine, CA  92614


Daniel Chan
co Steve Gentry
2 Park Plaza   Ste 650
Irvine, CA  92614

Kitty Yip
co Susan Vaage
500 North Brand Blvd  Ste 1030
Glendale, CA  92103